ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEINYATEY DEBOROS CHAMBERS,<br>Defendant. | CASE NO. 2:26-CR-00073 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 17, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 17, 2026.

2. By this stipulation, defendant now moves to continue the status conference until October 19, 2026, and to exclude time between August 17, 2026, and October 19, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 4,500 pages of discovery, including interview reports, photos and evidence collected during search warrant executions, and complex financial documentation. In addition, the case involves voluminous digital discovery that was the result of search warrants for devices and email accounts. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying. The parties have entered into a protective order to hasten the production of discovery.

b) Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation, review discovery, discussion potential resolution, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance. This is the first requested continuance of the matter.

e) The parties have begun negotiations to resolve the case.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 17, 2026 to October 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

//

//

//

//

Dated: August 11, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: August 10, 2026

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
KEINYATEY DEBOROS CHAMBERS

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled in this case for August 17, 2026, is continued to October 19, 2026, at 9:30 a.m. and time is excluded between August 17, 2026, and October 19, 2026, inclusive under Local Code T4.

IT IS SO ORDERED.

Dated: **August 11, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE