ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEINYATEY DEBOROS CHAMBERS,<br>Defendant. | CASE NO. 2:26-CR-00073 DAD<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 19, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 19, 2026.

2. By this stipulation, defendant now moves to continue the status conference until January 25, 2027, and to exclude time between October 19, 2026, and January 25, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes more than 4,500 pages of discovery, including interview reports, photos and evidence collected during search warrant executions, and complex financial documentation. In addition, the case involves voluminous digital discovery that was the result of search warrants for devices and email accounts. All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying. The parties have entered into a protective order to hasten the production of discovery.

b) Since the last requested continuance, the government has continued investigating and identifying victims of the charged scheme. The government has produced supplemental reports and is in the process of producing those reports to defense counsel. Government counsel expects a supplemental discovery production within the next week.

c) Since the last requested continuance, the government has extended a plea offer to Defendant. The plea offer is scheduled to expire in November 2026.

d) The parties anticipate that at the next scheduled court date Defendant will either enter a change of plea or the government will move to set trial in the case.

e) Counsel for Defendant desires additional time to consult with his client, review the current charges, conduct investigation, review discovery, discuss potential resolution, and otherwise prepare for trial.

f) Counsel for Defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g) The government does not object to the continuance. This is the second requested continuance of the matter.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2026 to January 25, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 13, 2026

ERIC GRANT
United States Attorney

/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney

Dated: October 13, 2026

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
KEINYATEY DEBOROS CHAMBERS

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for October 19, 2026, is continued to January 25, 2027, at 9:30 a.m. and time is excluded between October 19, 2026, and January 25, 2027, under Local Code T4.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE